IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| JOHN PRIEST, | § | |
| Plaintiff, | § § § | |
| v. | § | 2:19-CV-4-Z-BQ |
| LOGAN GRAZIER, MICHAEL FENWICK, and CITY OF AMARILLO, | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

On May 28, 2020, the United States Magistrate Judge entered findings and conclusions (ECF No. 45) on Defendants Logan Grazier and Michael Fenwick's "Motion for Summary Judgment" concerning qualified immunity (ECF No. 28). The Magistrate Judge RECOMMENDS that the motion be granted. The parties did not file objections to the findings, conclusions, and recommendation, and the time to do so has now expired.

After making an independent review of the pleadings, files, and records in this case, as well as the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation (ECF No. 45) of the Magistrate Judge are ADOPTED, and the "Motion for Summary Judgment" (ECF No. 28) is GRANTED. Plaintiff's claims against Defendants Grazier and Fenwick therefore are DISMISSED with prejudice. Because this Court has already dismissed Plaintiff's claims against the remaining Defendant City of Amarillo (ECF No. 23) and Plaintiff has failed to use the opportunity given to him to amend his complaint, Plaintiff's complaint (ECF No. 1) and all claims alleged therein are DISMISSED with prejudice.

**SO ORDERED.**

June 22, 2020.

                                                MATTHEW J. KACSMARYK
                                                UNITED STATES DISTRICT JUDGE